UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE TT 80, *et al.*, | Case No. 1:25-cv-00007-KES-CDB |
| Plaintiff, | ORDER GRANTING DEFENDANT'S STIPULATED REQUEST TO SEAL DOCUMENTS |
| v. | |
| DOE 1, *et al.*, | (Doc. 2) |
| Defendants. | 5-DAY DEADLINE |

Pending before the Court is the stipulated request to seal documents by Defendant Doe 1 (Doc. 2), filed on January 2, 2025, and emailed to the undersigned's chambers on January 7, 2025. The documents to be sealed are described as the unredacted versions of (1) the declaration of Adam Dawson in support of Defendant's notice of removal (Doc. 1-18), and (2) exhibits A and B attached thereto (Docs. 1-19, 1-20). (Doc. 2 at 6).

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's notice and request, sealing the documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. Given that redacted versions of the documents are available to the public (*see* Docs. 1-18, 1-19, 1-20) and Plaintiff stipulates to the request (Doc. 2-3), the Court further finds

that there are no additional alternatives to sealing the documents that would adequately protect the compelling interests identified by Defendant.

**Conclusion and Order**

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Defendant's notice and request, IT IS HEREBY ORDERED that the unredacted declaration of Adam Dawson, and accompanying exhibits A and B, lodged with the undersigned in connection with Defendant's notice and request to seal filed on January 2, 2025 (Doc. 2), shall be SEALED until further order of this Court.

It is FURTHER ORDERED that within five (5) days of the date of this Order, Defendant shall submit a copy of this Order, the request for sealing, and the documents to be sealed (the unredacted declaration of Adam Dawson and exhibits A and B attached thereto) by email to the Operations Section of the Clerk of the Court:

ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **January 10, 2025**                              _____
                                                           UNITED STATES MAGISTRATE JUDGE