UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE TT 80,<br><br>           Plaintiff,<br><br>     v.<br><br>DOE 1, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-00007-KES-CDB<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO TERMINATE ATTORNEY GREGORY E. EISNER<br><br>(Doc. 23)<br><br><u>Clerk of the Court to Update Docket</u> |

On April 14, 2025, counsel for Defendants Does One and Two ("Defendants") filed a request for removal from the docket of Gregory Evan Eisner as counsel of record. (Doc. 23). Defendants note at least one member of Mr. Eisner's firm or agency will continue to serve as counsel for Defendants. (*Id.* at 2). As such, Mr. Eisner's withdrawal does not leave Defendants without counsel and is in compliance with Local Rule 182(d).

Accordingly, IT IS HEREBY ORDERED, the Clerk of the Court is DIRECTED to terminate Gregory Evan Eisner as counsel for Defendants and update the docket to reflect Lisa Dearden Trépanier as lead counsel.

IT IS SO ORDERED.

Dated: __**April 17, 2025**__                    _____
                                                   UNITED STATES MAGISTRATE JUDGE